ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XII

| | | |
|---|---|---|
| DELANEY ONEILL NIEVES POLO<br><br>Recurrido<br><br>v.<br><br>STEPHANIE JOAN FALCÓN HERNÁNDEZ<br><br>Peticionaria | TA2025CE00776 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso Núm.: GR2025RF00074<br><br>Sobre: Alimentos |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto y el Juez Campos Pérez y la Jueza Trigo Ferraiuoli

## RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de noviembre de 2025.

En atención a la *Solicitud de certiorari* así como la *Urgente moción de orden de paralización en auxilio de jurisdicción* que presentó la parte peticionaria en el día de hoy, disponemos:

Se deniega la expedición del auto solicitado y se devuelve al Tribunal de Primera Instancia para la continuación de los procedimientos. Consecuentemente, se declara No Ha Lugar la moción urgente.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones